UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

YOANA RAMIREZ RAMIREZ,

    Petitioner,

v.

                              No. 1:25-CV-238-H

TODD LYONS, et al.,

    Respondents.

## ORDER OF DISMISSAL

Before the Court is the parties' joint stipulation of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 11. The joint stipulation is approved. It is ordered that the petitioner's claims against the respondents are dismissed without prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on December 19, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE